IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNNE D. PANTING, PERSONAL REPRESENTATIVE OF THE ESTATE OF RONALD B. PANTING,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | 8:19-CV-317<br><br>JUDGMENT |

Pursuant to the accompanying findings of fact and conclusions of law, judgment is entered for the plaintiff and against the defendant in the amount of $5,806,381.57.

Dated this 30th day of September, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge