IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNNE D PANTING, Personal Representative of the Estate of Ronald B. Panting, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | **8:19CV317**<br><br>**ORDER** |

      **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 263) is granted and Timothy Hook is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Timothy Hook in this case.

      Dated this 15th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge