# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3426

_____

Lynne D. Panting, Personal Representative of the Estate of Ronald B. Panting, Deceased

Plaintiff - Appellee

v.

United States of America

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00317-JMG)

_____

**JUDGMENT**

Before BENTON, GRASZ, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

December 22, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Susan E. Bindler