**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **LYNNE D PANTING, Personal Representative of the Estate of Ronald B. Panting, Deceased;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **8:19CV317**<br><br>**ORDER** |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on March 23, 2026.  Accordingly,

**IT IS ORDERED:**

1.  On or before **May 8, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 24th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge